# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOHNNY RAY GRAHAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2861

[September 3, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael J. Linn, Judge; L.T. Case No. 562023CF000306A.

Daniel Eisinger, Public Defender, and Benjamin N. Paley, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Heidi L. Bettendorf, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Johnny Ray Graham appeals his conviction of tampering with evidence and his sentence of 42 months in the Florida Department of Corrections. We affirm without comment, with one exception. Specifically, the trial court's Final Judgment for Fines, Fees, Costs, and Additional Charges did not comport with the trial court's oral sentence. When a court says one thing at a sentencing hearing and the written sentence says another, conformance to the oral pronouncement is required. *See Croissy v. State*, 404 So. 3d 419, 420 (Fla. 4th DCA 2025). On remand, the circuit court shall remove the $50 investigative cost and $200 prosecution cost that were not included in the oral pronouncement.

*Affirmed in part, reversed in part, and remanded.*

KUNTZ, C.J., GROSS and ARTAU, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*